UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Kuvedina, LLC,**

    **Plaintiff,**       Case No. 2:12–cv–342

    **v.**      Judge Michael H. Watson

**Cognizant Technology Solutions,** *et al.***,**

    **Defendants.**

### OPINION AND ORDER

Plaintiff Kuvedina LLC, Defendant Crystalsoft Inc., and Defendant Mahesh Kashyap jointly request the Court dismiss with prejudice all claims against Crystalsoft Inc. and Mahesh Kashyap pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 53. The remaining defendant, Cognizant Technology Solutions, does not object. The motion to dismiss, ECF No. 53, is therefore **GRANTED**.

This Order does not affect Plaintiff's claims against Cognizant Technology Solutions.

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**